DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. LINDSEY

No. 113 PC.

Case below: 25 N.C. App. 343.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 June 1975.

STATE v. OLSEN

No. 117 PC.

Case below: 25 N.C. App. 451.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

STATE v. WALLACE

No. 99 PC.

Case below: 25 N.C. App. 360.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

STATE v. WHITE

No. 107 PC.

Case below: 25 N.C. App. 398.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

WILLIAMS v. ADAMS

No. 116 PC.

Case below: 25 N.C. App. 475.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 June 1975.